# Exhibit 9

# Anker Wireless Charger





# About the Wireless Power Consortium

The Wireless Power Consortium (WPC) is a world wide organization that develops and promotes the global interface for wireless power transfer called *Qi* Interface standards ensure the interoperability of devices that conform to the standard. Supported by more than 649 companies (Web site, 12-10-18) and with over 3200 registered products, *Qi* has become the international wireless-charging standard for hand-held consumer electronics.

The *Qi* logo is a registered trademark of the Wireless Power Consortium, and is made available to members of the consortium to display on their products after successfully completing the Power Class 0 test and registration procedure outlined in section 6 of this document. A database of registered *QI* products is maintained on the WPC's Web site where consumers can look up products to see whether they have been tested for compliance with the *Qi* standard and for interoperability with all *Qi* wireless products.

**Introduction to the Power Class 0 Specification, Version  1.2.3, February 2017 (pg. 4, para 1)**

# US 7,910,833 C1 Claim 24



24. A power device for supplying power to an electronic device, the power device comprising:

a first portion for receiving electrical input power from a source, the input having an input voltage

a second portion for delivering electrical output power to the electronic device, the output power having an output voltage;

power circuitry for converting the input power voltage to the output power voltage and for determining an "off" state of the power device;

switching circuitry operable to electrically activate the power circuitry to the "on" state; and a load sensing portion operable to sense one or more



# US 7,910,833 C1 Claim 24

## WIRELESS POWER CONSORTIUM Qi Technology

pulses and determine the power or load being drawn

from the power device by the electronic device based

thereon, *the load sensing portion determining the*

*power or load being drawn from the power device by*

*measuring the frequency of the pulses.*

The modulation scheme as disclosed in "The Qi Wireless Power Transfer System Power Class 0 Specification, Parts 1 and 2: Interface Definitions Version 1,2,3 February 2017".

**5.2 Power Receiver to Power Transmitter communications interface**

**5.2.1 Introduction (pg. 86, para 1)**

*Compliance to the Wireless Power Consortium Qi technology and compatibility requires the Qi communication interface.*

*The Qi interface varies the amplitude of the sinusoidal power signal measured at the transformer coil of the Power Transmitter.*

*This amplitude varying power signal of the Qi specification is a sinusoidal waveform.*

*This sinusoidal waveform is processed through a circuit within the transformer control circuitry called a demodulator which processes the sinusoidal waveform into a pulse waveform with a constant amplitude and varying frequency.*

*The frequency of this pulse waveform at the output of this circuit is then measured as in claim 24 by a load sensing portion, the load sensing portion determining the power or load being drawn from the power device by measuring the frequency of the pulses.*

*Therefore, the Qi power device measures the frequency of the pulses that are demodulated from the sinusoidal power signal at the primary coil by transformer control circuitry of the power device, to determine the power and load of the electronic device.*

*Likewise, the load-sensing portion disclosed in the 833 patent includes a circuit to process the power signal waveform into a series of pulses with varying frequency which are then measured.*

The Power Receiver *(electronic device)* communicates to the Power Transmitter *(power device)* using backscatter modulation *(pulses)*. For this purpose, the Power Receiver *(electronic device)* modulates the amount of power *(power or load)* that it draws from the Power Signal. The Power Transmitter *(power device)* detects *(measures the amplitude changes of the sine wave)* this as a modulation of the current through and/or voltage across the Primary Cell *(transformer)*. In other words, the Power Receiver and Power Transmitter use an amplitude modulated Power Signal *(sine wave)* to provide a Power Receiver to Power Transmitter communications channel.

**3.2.4 Power Interface (pg. 37, para 2)**

**Qi Wireless Power Transfer System Power Class 0 Specification, Version 1.2.3, Parts 1 and 2, section 3.2.4 (pg. 37, para 2)**

Figure 10 illustrates a simplified model of the system comprising a Power Transmitter on the left and a Power Receiver on the right. For clarity, the load circuit is drawn separately from the Power Receiver. The Power Transmitter consists of a power source ($u_{op}$, $f_{op}$), a capacitance $C_p$, an inductance $L_p$, and a resistance $R_p$. The power source supplies a sinusoidal voltage $u_{op}$ at a frequency $f_{op}$. The Power Receiver consists of a capacitance $C_s$, an inductance $L_s$, and a resistance $R_s$. A load having an impedance $Z_L$ is connected to the output terminals of the Power Receiver. The symbols $u_L$, $i_L$, $i_p$, and $k_{op}$ represent the load voltage, load current, Primary Coil current, and coupling factor.



Figure 10. Simplified system model.

# US 7,910,833 C1 Claim 33

33. The power device of claim 24, wherein the load sensing portion measures the *frequency of* pulses from transformer control circuitry which controls a power state of a transformer of the power device.

*The "Communications and Control Unit" comprises the digital logic part of the Qi design. The unit decodes the pulses received from the primary coil and executes the relevant power algorithms and protocols, and drives the input power to control power transfer.*



# US 7,960,648 C1 Claim 31

31. In combination with an ==electrical device==, a cable assembly
For connecting and disconnecting electrical power to the
electrical device, the system comprising:

an ==input portion for connection with a power source== for
receiving input electrical power;

a ==converter portion including converter circuitry== for converting
electrical power; and ==switch circuitry== for controlling an on and an off
state for the system,

*The system includes the combination of the charger, base station and the electrical device. The the system further includes at least one converter portion for converting electrical power.*



# US 7,960,648 C1 Claim 31

**WIRELESS POWER CONSORTIOUM Qi Technology**

**The Qi Wireless Power Transfer System, Power Class 0 Specification, Parts 1 and 2: Interface dimensions, Version 1.2.3, February 2017**

*The system control for the Qi design includes circuitry for controlling the on and off state for the system.*

**5.1.1 System Control Overview (pg. 44, para 3)**

From a system control perspective, power transfer from a Power Transmitter to a Power Receiver *(electrical device)* comprises four stages in the Baseline Power Profile, namely selection, ping, identification & configuration… *(switch circuitry for controlling an off state for the system).* By definition, if the Power Transmitter is not applying a power signal, the system is in the selection phase *(off state).*

# US 7,960,648 C1 Claim 31

wherein the switch circuitry automatically disconnects the input electrical power

to switch the system to the off state in response to a reduced power state of the electrical device,

wherein the cable assembly consumes substantially no power while in the off state

**WIRELESS POWER CONSORTIOUM Qi Technology**

**The Qi Wireless Power Transfer System, Power Class 0 Specification, Part 4: Reference Designs, Version 1.2.3, February 2017**

**Power Transfer Contract (definition) (pg. 11. para 8)**

A set of boundary conditions *(Threshold)* on the parameters that characterize the power transfer from a Power Transmitter to a Power Receiver. Violation of any of these boundary conditions causes the power transfer to abort. *(automatically disconnects)*

**The Qi Wireless Power Transfer System, Power Class 0 Specification, Parts 1 and 2: Interface dimensions, Version 1.2.3, February 2017**

**9 Stand-by Power (Informative) (pg. 123, Para 1)**

The purpose of the stand-by mode of operation is to reduce the power consumption of a wireless power transfer system when power transfer is not required *(consumes substantially no power while in the off state).* There are two ways to enter stand-by mode. The first, is when the Power Transmitter does not detect the presence of a valid Power Receiver (*electrical device*). The second is when the Power Receiver (*electrical device*) transmits only an End Power Transfer Packet *(switch the system to the off state in response to a reduced power state of the electrical device).* In stand-by mode, the Power Transmitter only monitors if a Power Receiver (*electrical device)* is placed on or removed from the Interface Surface of the Base Station.

# US 7,960,648 C1 Claim 31

.

The cable assembly as recited in claim 26 further comprising:

pulse monitoring circuitry operable to monitor *the frequency of* pulses

*Compliance to the Wireless Power Consortium Qi technology and compatibility requires the Qi communication interface.*

*The frequency of the pulses is monitored by the power device to determine the power or load being drawn and determine an off state.*

*The Qi power device monitors the frequency of the pulses that are demodulated from the sinusoidal power signal from the primary coil by transformer control circuitry of the power device, to determine the power and load of the electronic device.*

**WIRELESS POWER CONSORTIOUM Qi Technology**

The modulation scheme as disclosed in "The Qi Wireless Power Transfer System Power Class 0 Specification, Parts 1 and 2: Interface Definitions Version 1,2,3 February 2017".

**5.2 Power Receiver to Power Transmitter communications interface**

**5.2.1 Introduction (pg. 86, para 1)**

The Power Receiver *(electrical device)* communicates to the Power Transmitter using backscatter modulation (*pulses*). For this purpose, the Power Receiver modulates the amount of power (*power or load*) that it draws from the (sinusoidal wave) Power Signal. The Power Transmitter detects this as a modulation of the current through and/or voltage across the Primary Cell (*transformer).* In other words, the Power Receiver and Power Transmitter use an amplitude modulated Power Signal (*demodulates the amplitude modulated sinusoidal power signal to a frequency of pulses*) to provide a Power Receiver to Power Transmitter communications channel.

# US 7,960,648 C1 Claim 31

and drive the switch circuitry based thereon.

*The "Communications and Control Unit" comprises the digital logic part of the Qi design. The unit demodulates the pulses from the primary coil and executes the relevant power algorithms and protocols, and drives the switch circuitry to control power transfer or determine an off state.*

*It uses a Qi compliant CVS Micro controller chip #CV90325*




**The Qi Wireless Power Transfer System, Power Class 0 Specification, Parts 1 and 2: Interface dimensions, Version 1.2.3, February 2017**

**5.1.1 Overview (informative) (pg. 46, para 4)**

At any time a user can remove a Mobile Device that is receiving power. The Power Transmitter can recognize such an event from a time-out in the communications from the Power Receiver *(below a threshold level)*, or from a violation pf the Power Transfer Contract *(below a threshold level)*. As a result, the Power Transmitter aborts the power transfer *(drive the switch circuitry)*…

**The Qi Wireless Power Transfer System, Power Class 0 Specification, Part 4: Reference Designs, Version 1.2.3, February 2017**

**Power Transfer Contract (definition) (pg. 11, para 8)**

A set of boundary of conditions on the parameters that characterize the power transfer from a Power Transmitter to a Power Receiver *(below a threshold level)*. Violation of any of these boundary conditions causes the power transfer to abort *(drive the switch circuitry)*.

# US 7,960,648 C1 Claim 32



32. The cable assembly as recited in claim 31 further comprising a transformer, wherein the pulse monitoring circuitry is operable to monitor *the frequency of* pulses from the transformer and drive the internal switching circuitry based thereon.

# US 7,960,648 C1 Claim 39



39. In combination with an ==electrical device,== a cable assembly For connecting and disconnecting electrical power to the electrical device, the system comprising:

   an ==input portion== for connection with a power source for receiving input electrical power;

   a converter portion including ==converter circuitry== for converting electrical power; and ==switch circuitry== for controlling an on and an off state for the system,



*The system includes the combination of the charger, base station and the electrical device. The system further includes at least one converter portion for converting electrical power.*

# US 7,960,648 C1 Claim 39

switch circuitry for controlling an on and an off state for the system,

wherein the switch circuitry automatically connects the input electrical power to switch the system to the on state,

*The system control for the Qi design includes circuitry for controlling the on and off state for the system.*

**WIRELESS POWER CONSORTIOUM Qi Technology**

**The Qi Wireless Power Transfer System, Power Class 0 Specification, Parts 1 and 2: Interface dimensions, Version 1.2.3, February 2017**

**5.1.1  System Control Overview (pg. 44, para 3)**

From a system control perspective, power transfer from a Power Transmitter to a Power Receiver comprises four stages in the Baseline Power Profile, namely selection, ping, identification & configuration… *(switch circuitry for controlling an on and off state for the system).* By definition, if the Power Transmitter is not applying a power signal, the system is in the selection phase *(off state).*

**Introduction to the Power Class 0 Specification, Version 1.2.3, February 2017 (pg.5, para 3)**

A new era of convenience emerged in 2011 when the first Qi wireless smartphone case was introduced followed shortly thereafter by smartphones with built in wireless support. Qi wireless devices need only be set down on a Qi wireless charger for recharging to occur. *(automatically connects the input electrical power)*

# US 7,960,648 C1 Claim 39

**WIRELESS POWER CONSORTIOUM Qi Technology**

**The Qi Wireless Power Transfer System, Power Class 0 Specification, Parts 1 and 2: Interface dimensions, Version 1.2.3, February 2017**

wherein the cable assembly consumes substantially no power while in the off state

*The "Communications and Control Unit" comprises the digital logic part of the Qi design. The unit demodulates the pulses from the primary coil and executes the relevant power algorithms and protocols, and drives the input power to control power transfer or determine an off state.*

**9  Stand-by Power (Informative) (pg. 123, Para 1)**

The purpose of the stand-by mode of operation is to reduce the power consumption of a wireless power transfer system when power transfer is not required *(consumes substantially no power while in the off state).* There are two ways to enter stand-by mode. The first, is when the Power Transmitter does not detect the presence of a valid Power Receiver (*electrical device*). The second is when the Power Receiver (*electrical device*) transmits only an End Power Transfer Packet. In stand-by mode, the Power Transmitter only monitors if a Power Receiver (*electrical device)* is placed on or removed from the Interface Surface of the Base Station.

# US 7,960,648 C1 Claim 39

The cable assembly as recited in claim 26 further comprising:

pulse monitoring circuitry operable to monitor *the frequency of* pulses

*Compliance to the Wireless Power Consortium Qi technology and compatibility requires the Qi communication interface.*

*The Qi power device monitors the frequency of the pulses that are demodulated from the sinusoidal power signal by the transformer control circuitry of the power device, to determine the power and load of the electronic device.*

**WIRELESS POWER CONSORTIOUM Qi Technology**

The modulation scheme as disclosed in "The Qi Wireless Power Transfer System Power Class 0 Specification, Parts 1 and 2: Interface Definitions Version 1,2,3 February 2017".

**5.2 Power Receiver to Power Transmitter communications interface**

**5.2.1 Introduction (pg. 86, para 1)**

The Power Receiver *(electrical device)* communicates to the Power Transmitter using backscatter modulation (*pulses*). For this purpose, the Power Receiver *(electrical device)* modulates the amount of power *(power or load)* that it draws from the (sinusoidal wave) Power Signal. The Power Transmitter detects this as a modulation of the current through and/or voltage across the Primary Cell *(transformer).* In other words, the Power Receiver and Power Transmitter use an amplitude modulated Power Signal (*demodulates the amplitude modulated sinusoidal power signal to a frequency of pulses*) to provide a Power Receiver to Power Transmitter communications channel.

# US 7,960,648 C1 Claim 39

and drive the switch circuitry based thereon.

*The "Communications and Control Unit" comprises the digital logic part of the Qi design. The unit demodulates the pulses from the primary coil and executes the relevant power algorithms and protocols, and drives the switch circuitry to control power transfer or determine an off state.*

*It uses a Qi compliant CVS Micro controller chip #CV90325*




**The Qi Wireless Power Transfer System, Power Class 0 Specification, Parts 1 and 2: Interface dimensions, Version 1.2.3, February 2017**

**5.1.1 Overview (informative) (pg. 46, para 4)**

At any time a user can remove a Mobile Device that is receiving power. The Power Transmitter can recognize such an event from a time-out in the communications from the Power Receiver *(below a threshold level)*, or from a violation pf the Power Transfer Contract *(below a threshold level)*. As a result, the Power Transmitter aborts the power transfer *(drive the switch circuitry)*…

**The Qi Wireless Power Transfer System, Power Class 0 Specification, Part 4: Reference Designs, Version 1.2.3, February 2017**

**Power Transfer Contract (definition) (pg. 11, para 8)**

A set of boundary of conditions on the parameters that characterize the power transfer from a Power Transmitter to a Power Receiver *(below a threshold level)*. Violation of any of these boundary conditions causes the power transfer to abort *(drive the switch circuitry)*.

.

# US 7,960,648 C1 Claim 40

40. The cable assembly as recited in claim 39 further comprising a transformer, wherein the pulse monitoring circuitry is operable to monitor *the frequency of* pulses from the transformer and drive the internal switching circuitry based thereon.

