# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES INC., | CASE NO. 2:23-cv-01003-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| FANTASIA TRADING LLC et al., | |
| Defendants. | |

This matter comes before the Court on the Parties' Stipulation of Dismissal. Dkt. No. 28. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby DISMISSES this action in its entirety with prejudice. The Parties are to bear their own attorney's fees and costs.

Dated this 1st day of May, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1